UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL GRANT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PENSCO TRUST COMPANY, LLC,<br><br>　　　　Defendant. | Case No. 12-cv-06084-WHO<br><br>**ORDER SETTING DEADLINE TO FILE AMENDED COMPLAINT**<br><br>Re: Dkt. No. 14 |

On September 3, 2013, the Court granted defendant Pensco Trust Company, LLC's motion to dismiss plaintiff Emmanuel Grant's complaint with leave to amend. Dkt. No. 34. Any amended complaint shall be filed by October 10, 2013.

**IT IS SO ORDERED**.

Dated: September 25, 2013



WILLIAM H. ORRICK
United States District Judge