1  SNYDER ♦ DORENFELD, LLP
   David K. Dorenfeld, (State Bar No. 145056)
2  Michael W. Brown, (State Bar No. 205380)
   5010 Chesebro Road
3  Agoura Hills, CA 91301
   Telephone: (818) 865-4000
4  Facsimile: (818) 865-4010
   Email: DavidD@sd4law.com
5          MichaelB@sd4law.com

6  CATHY JACKSON LERMAN, PA
   Cathy J. Lerman (*pro hac vice*)
7  #118, 1440 Coral Ridge Drive
   Coral Springs, FL 33071
8  Telephone: (954) 663-5818
   Facsimile: (954) 341-3568
9  Email: CLerman@lermanfirm.com

10 Attorneys for Plaintiff

11

12                        **UNITED STATES DISTRICT COURT**

13                       **NORTHERN DISTRICT OF CALIFORNIA**

14

15 EMMANUEL "MANNY" GRANT,                )  Case No.: 3:12-cv-06084-WHO
   individually and on behalf of a class of )
16 similarly situated persons,             )  **STIPULATION REGARDING**
                                           )  **EXTENSION OF TIME TO FILE FIRST**
17                                         )  **AMENDED COMPLAINT;**
                Plaintiff,                 )  **ORDER**
18                                         )
   v.                                      )
19                                         )
   PENSCO TRUST COMPANY, LLC,              )  Current Due Date: October 10, 2013
20                                         )  Requested Due Date: October 18, 2013
                                           )
21              Defendant.                 )
                                           )
   _____

22

23         IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EMMANUEL

24 "MANNY" GRANT ("Plaintiff") and Defendant PENSCO TRUST COMPANY, LLC

25 ("Defendant"), through their respective attorneys of record as follows:

26         1.      On September 25, 2013, this Court issued an Order (Docket # 36) setting a deadline

27 of October 10, 2013 for Plaintiff to file a First Amended Complaint following the granting of

28 Defendant's Motion to Dismiss (Docket # 14).

SNYDER ♦ DORENFELD, LLP

-1-

1    2.    Plaintiff expected to complete and file the First Amended Complaint by the October

2    10th due date.

3    3.    However, Lead Counsel for the Plaintiff, Cathy Lerman, has unfortunately had to

4    return to the hospital again to undergo multiple additional medical procedures. Ms. Lerman

5    expected to participate in the continued drafting and finalization of the First Amended Complaint

6    such that it could be filed by the due date. These additional procedures have negated her ability to

7    do so.

8    4.    As such, counsel for Plaintiff conferred with Roey Z. Rahmil, counsel for

9    Defendant, who graciously agreed to extend the time for filing of a First Amended Complaint and

10   other related documents and pleadings by Plaintiff to and including October 18, 2013.

11   ///

12   ///

13   ///

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26

27

28

-2-

STIPULATION & ORDER RE EXTENSION OF TIME TO FILE FAC
CASE NO. 3:12-CV-06084-WHO

5.     In the absence of any Stipulation extending the time to respond thereto, the Defendant's response to the First Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

## IT IS SO STIPULATED.

Dated: October 3, 2013          SNYDER ♦ DORENFELD, LLP


By: /s/ Michael W. Brown
        MICHAEL W. BROWN

SNYDER ♦ DORENFELD, LLP
David K. Dorenfeld, State Bar No. 145056
Michael W. Brown, State Bar No. 205380
5010 Chesebro Road
Agoura Hills, CA 91301
Telephone:  (818) 865-4000
Facsimile:   (818) 865-4010
Email: DavidD@sd4law.com
        MichaelB@sd4law.com

CATHY JACKSON LERMAN, PA
Cathy J. Lerman, *pro hac vice*
#118, 1440 Coral Ridge Drive
Coral Springs, FL 33071
Telephone: (954) 663-5818
Facsimile:  (954) 341-3568
Email: CLerman@Lermanfirm.com

Attorneys for Plaintiff

Dated: October 3, 2013          SHARTSIS FRIESE, LLP


By: /s/ Roey Z. Rahmil
        ROEY Z. RAHMIL

SHARTSIS FRIESE, LLP
Jahan P. Raissi, State Bar No. 168599
Roey Z. Rahmil, State Bar No. 273803
One Maritime Plaza, 18th Floor
San Francisco, CA 94111
Telephone: (415) 421-6500
Facsimile: (415) 421-2922
Email: JRaissi@sflaw.com
        RRahmil@sflaw.com

Attorneys for Defendant

-3-

SNYDER ♦ DORENFELD, LLP

**IT IS SO ORDERED**

The time for filing of a First Amended Complaint and other related documents and pleadings by Plaintiff is hereby extended to October 18, 2013.

In the absence of any Stipulation extending the time to respond thereto, Defendant's response to the Second Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

Date: ___October 8___ ___, 2013     

UNITED STATES DISTRICT COURT
NORTHERN OF CALIFORNIA

SNYDER ♦ DORENFELD, LLP

-4-
STIPULATION & ORDER RE EXTENSION OF TIME TO FILE FAC
CASE NO.  3:12-CV-06084-WHO