SNYDER ♦ DORENFELD, LLP
David K. Dorenfeld, (State Bar No. 145056)
Michael W. Brown, (State Bar No. 205380)
5010 Chesebro Road
Agoura Hills, CA 91301
Telephone:  (818) 865-4000
Facsimile:  (818) 865-4010
Email: DavidD@sd4law.com
        MichaelB@sd4law.com

CATHY JACKSON LERMAN, PA
Cathy J. Lerman (*pro hac vice*)
#118, 1440 Coral Ridge Drive
Coral Springs, FL 33071
Telephone: (954) 663-5818
Facsimile: (954) 341-3568
Email: CLerman@lermanfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL "MANNY" GRANT, individually and on behalf of a class of similarly situated persons,<br><br>                    Plaintiff,<br><br>v.<br><br>PENSCO TRUST COMPANY, LLC,<br><br>                    Defendant. | Case No.: 3:12-cv-06084-WHO<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT; ORDER**<br><br>Current Due Date: October 10, 2013<br>Requested Due Date: October 18, 2013 |

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff EMMANUEL "MANNY" GRANT ("Plaintiff") and Defendant PENSCO TRUST COMPANY, LLC ("Defendant"), through their respective attorneys of record as follows:

        1.        On September 25, 2013, this Court issued an Order (Docket # 36) setting a deadline of October 10, 2013 for Plaintiff to file a First Amended Complaint following the granting of Defendant's Motion to Dismiss (Docket # 14).

SNYDER ♦ DORENFELD, LLP

1      2.      Plaintiff expected to complete and file the First Amended Complaint by the October

2  10th due date.

3      3.      However, Lead Counsel for the Plaintiff, Cathy Lerman, has unfortunately had to

4  return to the hospital again to undergo multiple additional medical procedures.  Ms. Lerman

5  expected to participate in the continued drafting and finalization of the First Amended Complaint

6  such that it could be filed by the due date.  These additional procedures have negated her ability to

7  do so.

8      4.      As such, counsel for Plaintiff conferred with Roey Z. Rahmil, counsel for

9  Defendant, who graciously agreed to extend the time for filing of a First Amended Complaint and

10  other related documents and pleadings by Plaintiff to and including October 18, 2013.

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27

28

SNYDER ♦ DORENFELD, LLP

STIPULATION & ORDER RE EXTENSION OF TIME TO FILE FAC
CASE NO.  3:12-CV-06084-WHO

5.      In the absence of any Stipulation extending the time to respond thereto, the Defendant's response to the First Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

Dated: October 3, 2013                          SNYDER ♦ DORENFELD, LLP


                                                By: */s/ Michael W. Brown*
                                                    MICHAEL W. BROWN

                                                SNYDER ♦ DORENFELD, LLP
                                                David K. Dorenfeld, State Bar No. 145056
                                                Michael W. Brown, State Bar No. 205380
                                                5010 Chesebro Road
                                                Agoura Hills, CA 91301
                                                Telephone:  (818) 865-4000
                                                Facsimile:   (818) 865-4010
                                                Email: DavidD@sd4law.com
                                                       MichaelB@sd4law.com

                                                CATHY JACKSON LERMAN, PA
                                                Cathy J. Lerman, *pro hac vice*
                                                #118, 1440 Coral Ridge Drive
                                                Coral Springs, FL 33071
                                                Telephone: (954) 663-5818
                                                Facsimile: (954) 341-3568
                                                Email: CLerman@Lermanfirm.com

                                                Attorneys for Plaintiff

Dated: October 3, 2013                          SHARTSIS FRIESE, LLP


                                                By: /s/ Roey Z. Rahmil
                                                    ROEY Z. RAHMIL

                                                SHARTSIS FRIESE, LLP
                                                Jahan P. Raissi, State Bar No. 168599
                                                Roey Z. Rahmil, State Bar No. 273803
                                                One Maritime Plaza, 18th Floor
                                                San Francisco, CA 94111
                                                Telephone: (415) 421-6500
                                                Facsimile: (415) 421-2922
                                                Email: JRaissi@sflaw.com
                                                       RRahmil@sflaw.com

                                                Attorneys for Defendant

SNYDER ♦ DORENFELD, LLP

-3-

**IT IS SO ORDERED**

The time for filing of a First Amended Complaint and other related documents and pleadings by Plaintiff is hereby extended to October 18, 2013.

In the absence of any Stipulation extending the time to respond thereto, Defendant's response to the Second Amended Complaint and related documents, if any, shall be filed within the time period prescribed by the Federal Rules of Civil Procedure.

Date: _____October 8_____ ___, 2013     

UNITED STATES DISTRICT COURT
NORTHERN OF CALIFORNIA

SNYDER ♦ DORENFELD, LLP

-4-

STIPULATION & ORDER RE EXTENSION OF TIME TO FILE FAC
CASE NO.  3:12-CV-06084-WHO