Select an Action 

LEARN (/Learn)   TYPES OF ACCOUNTS (/OpenAnAccount/IRA)

MAKE AN INVESTMENT (/Invest)   FORMS (/Forms)   CONTACT US (/ContactUs)
Learn (/Learn) \ Prohibited Transaction Basics

**ALTERNATIVE INVESTING**

Overview (/Learn/AlternativeInvestment)

Advantages of Alternative Investing (/Learn/AlternativesAdvantages)

Why you need an Custodian (/Learn/ChooseCustodian)

Prohibited Transaction Basics (/Learn/ProhibitedTransactions)

Traditional IRA Tax Advantages (/Learn/IRATaxAdvantages)

Roth IRA Tax Advantages (/Learn/RothIRATaxAdvantages)

LLC, LP, and C Corporation (/Learn/LLCLP)

Remediation Tips (/Learn/TenRemediationTips)

Self-Directed IRA FAQs (/Learn/IRAFaq)

Glossary (/Learn/Glossary)

**INVESTMENT TYPES**

Overview (/Learn/InvestmentTypesOverview)

Private Equity (/Learn/PrivateEquity)

Real Estate (/Learn/RealEstate)

Real Estate Timetable (/Learn/RETimetable)

Investment Expenses FAQ (/Learn/ExpensesFaq)

Promissory Notes (/Learn/PromissoryNotes)

# Prohibited Transaction Basics

There are some investment types and transactions that the IRS prohibits in a tax-deferred account or plan. In general, a prohibited transaction is any improper use of your tax-deferred account by you, your beneficiary, or any disqualified person.

## Self-dealing

Any transaction that benefits you or a transaction that benefits someone you know who is deemed a disqualified person by the IRS, is prohibited. These types of prohibited transactions are often referred to as "self-dealing."

Essentially, your IRA retirement plan can't conduct transactions which benefit you, your direct family, or your business. If you do, your IRA will lose its tax-deferred status and you'll be taxed and will have to pay penalties.

Here are some very basic examples of prohibited transactions:

You can't **hold real estate or property** in your IRA or other tax-advantaged retirement account that you or other disqualified persons live in, plan to live in, or use in any way while that property is held in your retirement account. The property must be for investment purposes only.

You **can't hold private equity shares of your own business** (or that of any other disqualified person) in your IRA or other tax-advantaged retirement account

You can't loan money to yourself or other disqualified persons from your IRA or other tax-advantaged retirement account.

A stepped transaction is one in which an owner of an IRA or retirement account conducts one or more transactions toward making a prohibited transaction.

In other words, you can't loan money from your IRA to your brother (who's not a disqualified person), who then loans that money to his wife, who then loans it to you. In most instances, stepped transactions are conducted in an attempt to circumvent the tax laws, and in others, it's done accidentally. The IRS considers both as prohibited.

## Disqualified persons

Disqualified persons include members of your family who are your ancestors (e.g., your mother, grandfather), direct lineal descendants (e.g., your children, grandchildren) and their spouses, and your fiduciary.

The IRS defines a fiduciary as anyone who:

Exercises any discretionary authority or discretionary control in managing your IRA or exercises any authority or control in managing or disposing of its assets

Provides investment advice to your IRA for a fee, or has any authority or responsibility to do so

Has any discretionary authority or discretionary responsibility in administering your IRA

- Other Assets (/Learn/OtherAssets)
- Tax Matters (/Learn/UBTIandUDFI)
- Non-Recourse Lenders (/Learn/NonRecourseLenders)

**WEBINARS & RESOURCES**

- Overview (/Learn/WebinarOverview)
- Webinar Archive (/Learn/WebinarArchive)
- eBooks (/Learn/Ebooks)
- Articles (/Learn/Articles)
- Newsletters (/Learn/Newsletters)
- Letter Rulings (/Learn/LetterRulings)
- Investment Fraud Information (/Learn/FraudReport)
- Additional Resources (/Learn/AdditionalResources)



## Penalties and additional taxes

Conducting a prohibited transaction, even unintentionally, will result in your account losing its qualified tax protected IRA status.

With a self-directed IRA invested in alternative assets, determining what is and isn't a prohibited transaction or self-dealing can be complex depending on how your investment is structured.

**Note:** The information provided here is for general information purposes only. PENSCO Trust does not provide tax advice, and IRS rules may change on short notice. When investing through any retirement account, you should consult a tax specialist or review the official IRS publications at www.irs.gov (http://www.irs.gov) to make sure you are making the best decisions you can for your specific situation based on the most up-to-date information possible.

## Other IRS resources

Here are links to IRS resources regarding IRAS:

- IRS Publication 590 (http://www.irs.gov/pub/irs-pdf/p590.pdf)
- IRS Bulletin about IRS Code 4975 (http://www.irs.gov/pub/irs-drop/rr-06-38.pdf)

### Prohibited Asset Types

While you can invest in a wide variety of alternative assets in your tax-deferred account, there are certain asset types you cannot invest in:

> **Collectibles**, such as, art, antiques, stamps, gems, rugs, or anything the U.S. Treasury Department deems to be a collectible
>
> **Life Insurance**
>
> **The stock of a Sub-Chapter S Corporation ***
>
> Viatical settlements
>
> General partnerships
>
> Auction transactions (includes real estate auctions)

*Solo(k) plans can invest in an S Corporation.

This isn't a complete list, so proceed with caution if you're interested in investing in something which might fall under one of those three asset categories. Check with the IRS or consult with a qualified tax professional before investing.

 PENSCO

Resources (/Learn)  |  Invest (/Invest)  |  Account Types (/OpenAnAccount/IRA)  |
For Professionals (/Professionals)  |  News (/AboutUs/News)  |  Contact Us (/ContactUs)  |
Security & Protection (/AboutUs/Security)  |  About Us (/AboutUs)  |
FAQs (/Learn/IRAFaq)  |  Terms of Use (/AboutUs/Terms)  |  Privacy (/AboutUs/Privacy)

© 2012 PENSCO Trust Company